BC

FILED
7/22/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
MPV
7/18/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| | | 1:26-cv-08575 |
| David Franks, | ) | Judge Joan H. Lefkow |
| | ) | Magistrate Judge Keri L. Holleb Hotaling |
| Plaintiff, | ) | Random/Cat. 2 |
| | ) | |
| v. | ) | |
| Kiko Betancourt, Mario Weber, | ) | JURY TRIAL DEMANDED |
| Midway Dodge Incorporated II, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMPLAINT

Plaintiff David C Franks ("Mr. Franks" or Plaintiff), by Pro Se, complains of Defendants Action Midway Dodge Incorporated II, Kiko Betancourt, Mario Weber as follows:

INTRODUCTION

1. This is a civil rights complaint for Hostile Work Environment, Wrongful Termination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. ("Title VII"), the Illinois Human Rights Act, 775 ILCS 5/101 et seq. (the "IHRA"), and the Civil Rights Act of 1866, 42 U.S.C. § 1981 ("Section 1981").

2. From October 7th 2024 to October 14th 2024 David Franks was employed as Sales Consultant for Chicago,IL 60632 location for Midway Dodge Inc. During this time manager Kiko

Betancourt, Mario Weber, a General Sales Manager & Registered Agent owner Mario Weber for Midway Dodge Incorporated II, allowed inappropriate and violent behavior on his sales floor.

3. While I was speaking with a manager on 10/10/24, employee **Jia Chen physically pushed me aside** in front of **Kiko Ballentine** in order to move ahead of me. The contact was unprovoked and unnecessary. After the incident, I told Jia Chen directly **not to touch me again** and to show basic workplace respect.

Management was present and aware of the incident, yet **no corrective action was taken**, nor was the physical contact addressed. This left me feeling disrespected, unsafe, and unsupported by leadership.

The incident involved unwanted physical contact, a violation of professional conduct standards, and a failure by management to intervene or document the behavior.

4. On **10/14/24**, I was discussing a deal with **Jia Chen**. The conversation escalated toward an argument after I stated that a manager had previously closed a deal for him. Jia responded by saying **he did it himself** and then told me to **"SHUT TF UP."**

I told him not to speak to me that way and to show basic respect. Jia replied, **"I don't got to respect shit,"** and then asked me **what I was going to do about it.** I told him he was not going to talk to me like that and that he needed to show respect, especially considering I had only been there a week and had already done favors for him.

Shortly after this exchange, **Kiko Ballentine** told **Manager Alfredo** to let me go. When I asked for the reason, Kiko stated **"it just wasn't working out"** and that I was **not a good fit for the store.**

Before this termination decision, I was working with a customer who was **pre-approved through Chase**. Based on my experience, I needed to complete a **credit application verification** to ensure the information matched what Chase had on file. The customer became upset and said she had already submitted the information and did not want to work with me.

Management then **removed the sale from me** and gave it to **Jia Chen**, despite my explanation that the application needed to be verified in case credit needed to be run again. My assessment was correct — the customer **did need to complete a new application**.

Management did not defend my actions or process, and the sale remained reassigned to Jia.

In front of managers, Jia made comments such as **I "sucked in sales"** and that **maybe he should train me**, contributing to a hostile and disrespectful work environment. These comments occurred **before** the verbal abuse described above.

- I experienced **verbal abuse**, **hostile conduct**, and **retaliatory behavior** from a coworker.

- Management failed to intervene, correct the behavior, or protect me from retaliation.
- My sale was improperly taken and reassigned despite my correct procedural assessment.
- The termination decision appears connected to the conflict initiated by Jia and escalated by Kiko, rather than my performance.

5. On **10/09/24**, employee **Jia Chen** made multiple **racially derogatory comments** about the tattoo on my neck. He stated that the tattoo did not say anything Chinese and instead meant **“stupid,” “black,”** and **“dumb ass.”**

Jia then called his mother on FaceTime. Without even seeing the tattoo, she laughed and said **“ahhhh black.”** This exchange was done **in front of employees Zach and Alex Felix**, who witnessed the racial remarks.

I reported these incidents to **Kiko Ballentine** and **Manager Alfredo**.

Despite making complaints, **no corrective action was taken**, and **Jia Chen’s behavior continued** throughout my employment at Midway Dodge.

- I experienced **racial harassment** and **derogatory comments** targeting my identity.
- The harassment occurred **publicly** and in front of multiple witnesses.
- Management failed to intervene, investigate, or stop the behavior, allowing it to continue.
- The environment became hostile, disrespectful, and unsafe.

<u>JURISDICTION & VENUE</u>

13. Discrimination occurred as all my complaints were ignored that caused a wrongful termination, ignored once complained of the hostile work environment.

14. I was mistreated for complaining about company issues that were against the original policy of Midwest Dodge Incorporated II.

17. Equal Employment Opportunity Commission emailed a Notice a Right to Sue (Conciliation Failure) JAIRO.MARQUEZ@EEOC.GOV case manager Jairo Marquez (EEOC) to Plaintiff David C Franks & Midway Dodge Incorporated II.

18. Midway Dodge Incorporated II, not providing a record of sales on sold vehicles was in violation of Illinois Records Review Act (820 ILCS 40/1, et seq.)

## Prayer For Relief

WHEREFORE, Plaintiff Mr. Franks prays that this Court:

A. Enter judgment in favor of Mr. Franks and against the Defendant for violation of Mr. Franks Rights under Title VII, the IHRA, and Section 1981;

B. Declare that the actions of the Defendant

C. Award Mr. Franks compensatory damages, including, but not limited to, lost wages and benefits, in such amount as will reasonably compensate him for his losses, and damages for emotional distress;

D. Award Mr. Franks punitive damages in such amount as the Court deems proper;

E. Award Mr. Franks his costs, attorneys' fees, and non-taxable expenses in this action; and

F. Grant Mr. Franks such other and further relief as the Court deems equitable and just.

## JURY DEMAND

Plaintiff David Franks hereby demands trial by jury pursuant to Federal Rule of Civil Procedure 38(b) on all issues so triable.

Dated: July 17th, 2026

__David Franks________________
Pro Se

David Franks
36 W 65th St #2
Westmont, IL 60559

(708) 586-7559
dcfrankphotography@outlook.com

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (CONCILIATION FAILURE)

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/13/2026

**To:** Mr. David Franks
36 W 65th St Apt 2
WESTMONT, IL 60559
Charge No: 440-2025-10519

**1:26-cv-08575**
**Judge Joan H. Lefkow**
**Magistrate Judge Keri L. Holleb Hotaling**
**Random/Cat. 2**

EEOC Representative and email: JAIRO MARQUEZ
INVESTIGATOR
JAIRO.MARQUEZ@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (CONCILIATION FAILURE)

To the person aggrieved: This notice concludes the EEOC s processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2025-10519.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
04/13/2026

Amrith Kaur Aakre
District Director

**Cc:**
Kiko Betancourt
Midway Dodge
4747 S Pulaski Rd
CHICAGO, IL 60632

Mario Weber
Midway Dodge Incorporate II
4747 S Pulaski Road
Chicago, IL 60632

Midway Dodge Incorporated II
4747 S Pulaski Rd
CHICAGO, IL 60632

Please retain this Notice for your records.

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 440-2025-10519 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 440-2025-10519 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

ILLINOIS DEPARTMENT OF
# Human Rights

JB Pritzker, Governor
James L. Bennett, Director

1:26-cv-08575
Judge Joan H. Lefkow
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 2

DATE May 19, 2026

DAVID FRANKS
36 W. 65TH ST. APT 2
WESTMONT, IL 60559

MIDWAY DODGE INCORPORATED II
4747 S. PULASKI RD.
CHICAGO, IL 60632

RE: **DAVID FRANKS v. MIDWAY DODGE INCORPORATED II**
**Charge Number: 2026CR1644**

**NOTICE OF SUBSTANTIAL EVIDENCE**

YOU ARE HEREBY NOTIFIED that the Illinois Department of Human Rights ("Department") has adopted the United States Equal Employment Opportunity Commission ("EEOC") determination of cause. Based upon the EEOC charge and determination and pursuant to Section 7A-102(A-1)(2) of the Illinois Human Rights Act, the Director of the Department finds that there is Substantial Evidence that a civil rights violation has been committed.

**Complainant may either:**

1) Within 90 days after receipt of this Notice, file a complaint with the Illinois Human Rights Commission ("Commission"). If Complainant files a complaint with the Commission, Complainant must also give notice of such filing to the Department. It is then the parties' responsibility to go forward with the case at the Commission.

**Or**

2) Within 90 days after receipt of this Notice, commence a civil action in the appropriate state circuit court or other appropriate court of competent jurisdiction.

**Please note that the Department cannot provide any legal advice or assistance. Please contact legal counsel, your city clerk, or your county clerk with any questions.**

ILLINOIS DEPARTMENT OF HUMAN RIGHTS

PRE2_SE
Rev. 10/11

**STATE OF ILLINOIS** )
) **ss**
**COUNTY OF COOK** )

**CHARGE NO.** 2026CR1644

**AFFIDAVIT OF SERVICE**

The undersigned served a copy of the attached **NOTICE OF SUBSTANTIAL EVIDENCE** on May 19, 2026, to each person named below by email or first-class mail, addressed as follows:

For Complainant
DAVID FRANKS
36 W. 65TH ST. APT 2
WESTMONT, IL 60559

For Respondent
MIDWAY DODGE INCORPORATED II
4747 S. PULASKI RD.
CHICAGO, IL 60632

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.

[signature]

**PLEASE NOTE:**

The above-signed person is responsible only for mailing these documents. If you wish a review of the findings in this case, you must complete the Request for Review form attached. Department of Human Rights' staff are not permitted to discuss the investigation findings once a Notice of Determination has been issued.

# State of Illinois
# Department of Human Rights

dhr.illinois.gov

April 14, 2026

**DAVID FRANKS**
**36 W. 65TH ST. APT 2**
**WESTMONT, IL 60559**

**Re: DAVID FRANKS vs MIDWAY DODGE INCORPORATED II #260414023 (EEOC #440-2025-10519)**

Dear Complainant,

You are receiving this letter because you filed a charge with the United States Equal Employment Opportunity Commission (EEOC). The EEOC and the Illinois Department of Human Rights (IDHR) are parties to a cooperative agreement. Under this agreement, a copy of the discrimination charge you filed with the EEOC was automatically cross-filed with IDHR. IDHR is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

Since you filed your discrimination charge initially with the EEOC, the EEOC is the governmental agency responsible for investigating your charge. The Department will take no action on your charge until the EEOC issues its findings. **After the EEOC issues its findings**, you have 30 days after service of the EEOC's findings on you to either:

- Request that IDHR adopt EEOC's findings so that you may file a complaint in the appropriate circuit court; OR
- Request that IDHR investigate your charge allegations under Illinois law.

This letter does not apply to you if you choose to file a complaint in federal court or if the parties settled the EEOC charge. You may also choose to take no further action.

If you want IDHR to take any further action on your charge, you must timely send to IDHR the following:

(1) A copy of the EEOC's findings regarding the investigation of your charge; and
(2) The control number identified above with a one sentence written statement stating what action you are requesting IDHR take.

Submissions of the EEOC's findings and written statement may be submitted to IDHR by either:

**Mail:** Send via U.S. Postal certified mail, return receipt requested, to:
Illinois Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 555 W. Monroe Street, 7th Floor, Chicago, IL 60661.

**Or Email:** IDHR.preinvestigation@illinois.gov

Please do not respond to IDHR if more than 30 days have passed from service of the EEOC's determination. Upon receipt of the EEOC's findings, IDHR will mail you a notice as to what further action IDHR may take on your charge.

Due to IDHR staffing levels and high charge volume, complainants are encouraged to consider adopting EEOC's findings. If you request IDHR to investigate and IDHR is not able to assign your charge within 365 days, IDHR will send a notice of your procedural options. This 365-day time period is tolled while the EEOC is investigating your charge and does not begin to run until the EEOC issues its findings. Your failure to timely provide the EEOC's findings to IDHR will result only in IDHR closing your file. **This process does not affect the investigation of your charge at EEOC.** If you do not wish to proceed with IDHR, you do not need to take any further action.

**If you have any questions, please email IDHR.preinvestigation@illinois.gov. Please do not contact the EEOC.**

ILLINOIS DEPARTMENT OF HUMAN RIGHTS.
PRE1_EEOC 30/Rev: 5/25



**CC: MIDWAY DODGE INCORPORATED II**
C/O: CHIEF EXECUTIVE OFFICER
4747 S. PULASKI RD.
CHICAGO, IL 60632

# Business Entity Search

## Entity Information

**Entity Name**
MIDWAY DODGE, INCORPORATED II

**File Number**
56516867

**Status**
ACTIVE

**Entity Type**
CORPORATION

**Type of Corp**
DOMESTIC BCA

**Incorporation Date (Domestic)**
08-29-1991

**State**
ILLINOIS

**Duration Date**
PERPETUAL

**Annual Report Filing Date**

08-04-2025

**Annual Report Year**

2025

**Agent Information**
A J WEBER
4747 SO PULASKI RD
CHICAGO ,IL 60632-4113
**Agent Change Date**
08-29-1991

## Services and More Information

Choose a tab below to view services available to this business and more information about this business.

Available Services | Officers | Assumed Name | Old Corp Name | File History

Purchase Master Entity Certificate of Good Standing

Purchase Assumed Name Certificate of Good Standing

Change of Registered Agent and/or Registered Office (https://apps.ilsos.gov/corpagentchange/)

Articles of Amendment Effecting A Name Change (https://apps.ilsos.gov/corpamendment/)

Adopting Assumed Name (https://apps.ilsos.gov/corpassumednameadoption/)

English

**EEOC Conciliation Response – Claimant Statement**
**Claimant: David C Franks**
**Respondent: Midway Dodge**
**Charge No.: 440-2025-10519**
**Date: March 19, 2026**

1:26-cv-08575
Judge Joan H. Lefkow
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 2

## I. Background and Termination

I was employed by Midway Dodge until my discharge on August 13, 2024. My termination resulted in an extended period of unemployment lasting until August 25, 2025, during which I experienced significant financial hardship and emotional distress.

My compensation structure at Midway Dodge consisted of:

- $500 weekly base pay, and
- Commission earnings based on a percentage of each vehicle sold.
- I worked 66 hours per week, with Sundays off.

This pay structure and schedule reflect the income I lost as a direct result of my termination.

## II. Unemployment Benefits and Loss of Income

From December 8, 2024 through May 24, 2025, I received unemployment benefits from IDES totaling $7,843, broken down as follows:

- 23 weeks at $341 per week, and
- A final partial payment of $100 for the 24th week.

My benefits were exhausted after this point, and I remained unemployed. These benefits did not come close to replacing my actual earnings at Midway Dodge, especially given my commission-based pay and 66-hour workweeks.

I am currently unemployed as of the date of this statement.

## III. Financial Hardship Resulting From the Discharge

My termination directly caused severe financial instability. I fell behind on rent and was served a 5-day notice on February 11, 2026 for a balance of:

- $4,800 in unpaid rent, plus
- $350 in late fees.

As of March 19, 2026, my total past-due rent has increased to $5,200.
I also applied for rental assistance but was denied due to financial eligibility requirements, which were impacted by the income loss caused by my termination.
These losses are a direct and foreseeable consequence of being discharged and remaining unemployed for an extended period.

**IV. Emotional Distress and Medical History**
On October 10, 2023, prior to my termination, I was diagnosed with Anxiety and Depression by Dr. Shabana Sheikh at Geode Health.

The hostile work environment and discriminatory treatment I experienced at Midway Dodge significantly exacerbated these conditions. Since my discharge, I have experienced:

- Heightened anxiety
- Worsened depression
- Emotional instability
- Stress related to unemployment, housing insecurity, and financial hardship

These symptoms are consistent with emotional distress recognized in employment discrimination cases.
Given the documented medical history and the worsening of my condition due to the events at Midway Dodge, I am requesting compensation for emotional distress.

**V. Requested Relief**

Based on the financial losses, emotional harm, and the impact on my stability and well-being, I am requesting that Midway Dodge provide compensation for emotional distress in one of the following forms:

**Option A**:
30% of what my full year's salary would have been had I remained employed for the entire year.

**Option B**:
Four times the combined amount of:

- My unpaid rent balance, and
- The unemployment benefits I received.

This request is reasonable given the severity of the financial and emotional harm, the length of unemployment, and the documented medical impact.

**VI. Conclusion**

My termination from Midway Dodge caused substantial financial loss, emotional distress, and long-term instability. The information provided above reflects the full extent of the damages I have incurred. I am participating in conciliation in good faith and am seeking a fair and reasonable resolution based on the documented harm I have suffered.
I respectfully request that the EEOC consider these losses in evaluating an appropriate conciliation outcome.

EEOC No. 440-2025-10519 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| **CHARGE PRESENTED TO:** | **AGENCY CHARGE NO.** |
|---|---|
| EEOC<br>Illinois Department Of Human Rights | 440-2025-10519 |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Mr. David Franks

Phone No.: 708-586-7559

Year of Birth: 1986

Mailing Address: 36 W 65th St Apt 2

WESTMONT, IL 60559

**1:26-cv-08575**
**Judge Joan H. Lefkow**
**Magistrate Judge Keri L. Holleb Hotaling**
**Random/Cat. 2**

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Midway Dodge Incorporated II

No. Employees, Members: 15 - 100 Employees

Phone No.: (773) 376-8060

Mailing Address: 4747 S Pulaski Rd

CHICAGO, IL 60632, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Race, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 10/07/2024

Latest: 10/14/2024

THE PARTICULARS ARE:

I began my employment with Respondent October 7, 2024. My position was Sales Representative. During my employment I complained about racial discrimination. On or about October 14, 2024, I was discharged.

I believe I have been discriminated against because of my race (Black) and in retaliation for having engaged in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Mr. David Franks

08/07/2025

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

______________________________________________

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary______________________________________________________

Printed Name ____________________________________________________________

## CP ENCLOSURE WITH EEOC FORM 5 (06/24)

### PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).
2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.
3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.
4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.
5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC RECEIVED: 08-06-2025

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

1:26-cv-08575
Judge Joan H. Lefkow
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 2

EEOC Form 5A (October 2017)

For Official Use Only – Charge Number: 440-2025-10519

| | |
|---|---|
| **Personal Information** | First Name: David MI: ___ Last Name: Franks<br>Address: 36 W 65th St Apt.: 2<br>City: Westmont County: DuPage State: IL Zip Code: 60559<br>Phone: 708-586-7559 Home ☐ Work ☐ Cell ☒ Email: dcfrankphotography@outlook.com |
| **Who do you think discriminated against you?** | Employer ☒ Union ☐ Employment Agency ☐ Other Organization ☐<br>Organization Name: Midwest Dodge Incorporate II<br>Address: 4747 S. Pulaski Rd. Suite: ___<br>City: Chicago State: IL Zip Code: 60632 Phone: 773-376-8060 |
| **Why you think you were discriminated against?** | Race ☒ Color ☒ Religion ☐ Sex ☐ National Origin ☐ Age ☐<br>Disability ☒ Genetic Information ☐ Retaliation ☒ Other ☐(*specify*) |
| **What happened to you that you think was discriminatory?** | **Date of most recent job action you think was discriminatory:** ___<br>**Also describe briefly each job action you think was discriminatory and when it happened (estimate).**<br>10/10/24 Jia Chen pushed me out the way in front of Kiko Ballentine so he can get in front of me, while I was talking to a manager, after that I asked him not to touch me like that again and show respect management did nothing about him putting his hands on me 10/14/24 I was discussing a deal with Jia Chen and it was leading to an argument, I told him a manager closed his deal for him and he told me that he did and I should SHUT TF UP, I told him not to speak to me like that and show some respect, he replied and said I don't got to respect shit and what was I going to do about it. I told him your not gonna talk to me like that and you need to start showing respect because I've only been here for a week and I did favors for you, after this Kiko told Alfredo who is a manager to let me go, when I asked the reason Kiko said that it just wasn't working out and I wasn't a good fit for this store. Beforehand the customer was pre approved through chase, with my experience I had to fill out the credit application to verify if the information on the application was correct, that customer got upset and said that she already sent that information and didn't want to work with me, this sale was taken from me and given to Jia Chen, I wound up being correct about the customers credit and she had to fill out the new application and I was not defended by the manager they gave the sale to Jia Chen after I explained to management that this application needed to be filled out just in case we would have to run credit again, Jia Chen in front of managers made comments like I sucked in sales and maybe he should train me, before making the previous comments I stated. 10/09 Jia Chen was making racial comments about my tattoo on my neck saying that's not Chinese that says "stupid", "black", "dumb ass" he also called his mother and when she got on face time she didn't even see the tattoo she laughed and said "ahhhh black" this was done in front of an employee named Zach & Alex Felix, I made complaints about these matters to Kiko Ballentine & Alfredo but no action was taken and Jia Chen's behavior continued during my time of employment at Midway Dodge. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>**Signature:** [signature] **Date:** 8/6/25 |

**Supplemental Information Sheet**

Name: David Franks

Date: 08/06/2025

**What is your job, previous job, or the job you applied for?**

Date Hired: 10 / 07 / 2024 Job Title at Hire: Sales Rep

Annual Pay Rate When Hired: $500 weekly Last or Current Annual Pay Rate: $500 weekly

Job Title at Time of Alleged Discrimination: Sales Rep

Date Your Employment Ended: 10 / 14 / 2024 Select One: Quit ☐ Discharged/Laid off ☒

Name and Title of your Immediate Supervisor: Kiko Ballentine

Job Applicants - What was the title of the job you applied for: Sales Rep

Date you applied: 10 / 03 / 2024 Date you found out you were not hired: 10 / 14 / 2024

**Was another person in the same or similar situation treated the same, better, or worse than you?**
**EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?**

**Who was treated BETTER than you?**

1. Name: Jia Chen Job Title: Sales Rep

Email: ____ Check how they are different from you:

Race ☒ Color ☒ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☒

How were they treated better? Kiko Ballentine Sales Manager allowed Jia Chen to continuously to say racial remarks & let him take my sales, anytime I would bring it to the managers attention, they would act like I am overreacting to the abuse.. Date: 10 / 10 / 2024

2. Name: ____ Job Title: ____

Email: ____ Check how they are different from you:

Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐

How were they treated better? ____

Date: __/__/____

**Who was treated WORSE than you?**

Name: ____ Job Title: ____

Email: ____ Check how they are different from you:

Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐

How were they treated worse? ____

Date: __/__/____

**Who was treated the SAME as you?**

Name: Zachariah Crawford Job Title: Sales Rep

Email: ____ Check how they are different from you:

Race ☐ Color ☐ Religion ☐ Sex ☒ National Origin ☐ Age ☐ Disability ☐

How were they treated the same? Jia Chen would make black jokes & gay jokes about both of us during my time of employment

Date: 10 / 09 / 2024

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

Midway Dodge Sales
4747 S. Pulaski Road • Chicago, IL 60632

DODGE
GRAB LIFE BY THE HORNS

David Fraks

1928

Start Date 10-7-24

2wks TRAINING

# NEW EMPLOYEE PACKET

The following forms must be filled out completely. All copies of the required documents are to be turned in to the accounting office promptly so that the information can be entered into the payroll system. No payroll check will be issued until all forms are completed.

1:26-cv-08575
Judge Joan H. Lefkow
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 2

1. Midway Dodge Application For Employment
2. Emergency Contact Form
3. Deduction of Wages form
4. Disclosure of Intent to Obtain Consumer Report
5. Demonstrator Use Agreement (Sales Department Only)
6. Form W-4
7. Form IL-W-4
8. Form I-9 (Including two acceptable forms of identification)
9. Driver Record Information Request
10. New Hire Reporting Form
11. BlueCross/BlueShield of Illinois Acceptance or Waiver Form

Complete Home Phone Number: ______________________

Complete Cell Phone Number: 708-586-7559

If you have any questions regarding these forms, please ask the accounting office.

WELCOME TO MIDWAY DODGE!

**Personal Data**

| Last Name | First Name | Middle Name |
|---|---|---|
| Franks | David | Charles |

Current Address: 36 W 65th St #2

Dates Lived Here:

Addresses for the Past Seven Years: (include street, city, state, zip code)

Dates of Residence:

| Date of Birth | Other Names Used (including maiden name) | Years Used |
|---|---|---|
| 11-6-1986 | | |

| Social Security Number | Driver's License # | State |
|---|---|---|
| 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 | F6521-638-6316 | IL |

Email address (may be used for official correspondence)

I have the right to make a request to **IntelliCorp Records, Inc**, upon proper identification, to request the nature and substance of all information in its files on me at the time of my request, including sources of information, and the recipients of any reports on me which **IntelliCorp Records, Inc** has previously furnished within the two year period preceding my request.

I certify that all of elements of the person data I have provided are true, accurate and complete. I understand and agree that any omission, false statement, misleading statement, or answer made by me on my application or any supplements to it and in any interviews will be sufficient grounds for rejection of employment and my discharge after employment. I

| Printed Name | Applicant Signature | Date |
|---|---|---|
| David Franks | | 10/7/24 |

Midway Dodge
4747 S. Pulaski Road • Chicago, IL 60632

DODGE
GRAB LIFE BY THE HORNS

# MIDWAY DODGE INC
# EMERGENCY CONTACT FORM

EMPLOYEE NAME: David Franks

IN CASE OF EMERGENCY PLEASE CONTACT:

NAME Michele Santiago

RELATIONSHIP ______

ADDRESS ______

TELEPHONE HOME ______

CELL 630-923-1454

WORK ______

EMAIL ADDRESS ______

Form **W-4** | Department of the Treasury, Internal Revenue Service

# Employee's Withholding Certificate

**Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.**
**Give Form W-4 to your employer.**
**Your withholding is subject to review by the IRS.**

OMB No. 1545-0074 | **2023**

**Step 1: Enter Personal Information**

| | | | |
|---|---|---|---|
| (a) First name and middle initial: David C | Last name: Franks | (b) Social security number: 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 |
| Address: 36 W 65th St #2 | | **Does your name match the name on your social security card?** If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to *www.ssa.gov*. |
| City or town, state, and ZIP code: Westmont, IL 60555 | | |

(c) ☑ **Single or Married filing separately**
☐ **Married filing jointly or Qualifying surviving spouse**
☐ **Head of household** (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, other details, and privacy.

**Step 2: Multiple Jobs or Spouse Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

**(a)** Reserved for future use.

**(b)** Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below; **or**

**(c)** If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is generally more accurate than (b) if pay at the lower paying job is more than half of the pay at the higher paying job. Otherwise, (b) is more accurate . . . . . . . . . . . . . . . . . . . ☐

**TIP:** If you have self-employment income, see page 2.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3: Claim Dependent and Other Credits**

If your total income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 $

Multiply the number of other dependents by $500 . . . . . $

Add the amounts above for qualifying children and other dependents. You may add to this the amount of any other credits. Enter the total here . . . . . . . . . . . | **3** | $

**Step 4 (optional): Other Adjustments**

**(a) Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . | **4(a)** | $

**(b) Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . . . . . . . . . . | **4(b)** | $

**(c) Extra withholding.** Enter any additional tax you want withheld each **pay period** . . | **4(c)** | $

**Step 5: Sign Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

[signature]

**Employee's signature** (This form is not valid unless you sign it.) | **Date** 10/7/24

| **Employers Only** | Employer's name and address | First date of employment | Employer identification number (EIN) |
|---|---|---|---|

# Illinois Withholding Allowance Worksheet

Claim: 0

## General Information

Complete this worksheet to figure your total withholding allowances.

**Everyone** must complete Step 1.

Complete Step 2 if

- you (or your spouse) are age 65 or older or legally blind, or
- you wrote an amount on Line 4 of the Deductions and Adjustments Worksheet for federal Form W-4.

If you have more than one job or your spouse works, you should figure the total number of allowances you are entitled to claim. Your withholding usually will be more accurate if you claim all of your allowances on the Form IL-W-4 for the highest-paying job and claim zero on all of your other IL-W-4 forms.

You may reduce the number of allowances or request that your employer withhold an additional amount from your pay, which may help avoid having too little tax withheld.

## Step 1: Figure your basic personal allowances (including allowances for dependents)

Check all that apply:

☐ No one else can claim me as a dependent.

☐ I can claim my spouse as a dependent.

1 Write the total number of boxes you checked. 1 ________

2 Write the number of dependents (other than you or your spouse) you will claim on your tax return. 2 ________

3 Add Lines 1 and 2. Write the result. This is the total number of basic personal allowances to which you are **entitled**. 3 ________

4 If you want to have additional Illinois Income Tax withheld from your pay, you may reduce the number of basic personal allowances or have an additional amount withheld. Write the total number of basic personal allowances you elect to claim on Line 4 and on Form IL-W-4, Line 1. 4 ________

## Step 2: Figure your additional allowances

Check all that apply:

☐ I am 65 or older. ☐ I am legally blind.

☐ My spouse is 65 or older. ☐ My spouse is legally blind.

5 Write the total number of boxes you checked. 5 ________

6 Write any amount that you reported on Line 4 of the Deductions and Adjustments Worksheet for federal Form W-4 plus any additional Illinois subtractions or deductions. 6 ________

7 Divide Line 6 by 1,000. Round to the nearest whole number. Write the result on Line 7. 7 ________

8 Add Lines 5 and 7. Write the result. This is the total number of additional allowances to which you are **entitled**. 8 ________

9 If you want to have additional Illinois Income Tax withheld from your pay, you may reduce the number of additional allowances or have an additional amount withheld. Write the total number of additional allowances you elect to claim on Line 9 and on Form IL-W-4, Line 2. 9 ________

Note: If you have non-wage income and you expect to owe Illinois Income Tax on that income, you may choose to have an additional amount withheld from your pay. On Line 3 of Form IL-W-4, write the additional amount you want your employer to withhold.

✂ — — — — Cut here and give the certificate to your employer. Keep the top portion for your records. — — — — ✂

**Illinois Department of Revenue**

## IL-W-4 Employee's Illinois Withholding Allowance Certificate

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
Social Security number

David Franks
Name

36 W 65th St #2
Street address

Westmont, IL 60559
City State ZIP

Check the box if you are exempt from federal and Illinois Income Tax withholding and sign and date the certificate. ☐

1 Write the total number of basic allowances that you are claiming (Step 1, Line 4, of the worksheet). 1 ________

2 Write the total number of additional allowances that you are claiming (Step 2, Line 9, of the worksheet). 2 ________

3 Write the additional amount you want withheld (deducted) from each pay. 3 ________

I certify that I am entitled to the number of withholding allowances claimed on this certificate.

[signature] 10/7/24
Your signature Date

Employer: Keep this certificate with your records. If you have referred the employee's federal certificate to the IRS and the IRS has notified you to disregard it, you may also be required to disregard this certificate. Even if you are not required to refer the employee's federal certificate to the IRS, you still may be required to refer this certificate to the Illinois Department of Revenue for inspection. See Illinois Income Tax Regulations 86 Ill. Adm. Code 100.7110.

This form is authorized under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information may result in this form not being processed and may result in a penalty.

**Employment Eligibility Verification**
**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

▶**START HERE: Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.**

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Attestation** [illegible]

| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Other Last Names Used *(if any)* |
|---|---|---|---|
| Franks | David | | |

| Address *(Street Number and Name)* | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| 36 W 65th St | 2 | Westmont | IL | 60559 |

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| 11/6/1986 | 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 | dcfranksphotography@outlook.com | 708-586-7559 |

**I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.**

**I attest, under penalty of perjury, that I am (check one of the following boxes):**

- [x] 1. A citizen of the United States
- [ ] 2. A noncitizen national of the United States *(See instructions)*
- [ ] 3. A lawful permanent resident (Alien Registration Number/USCIS Number): ____________
- [ ] 4. An alien authorized to work until (expiration date, if applicable, mm/dd/yyyy): ____________
  Some aliens may write "N/A" in the expiration date field. *(See instructions)*

*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9: An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

1. Alien Registration Number/USCIS Number: ____________
**OR**
2. Form I-94 Admission Number: ____________
**OR**
3. Foreign Passport Number: ____________
Country of Issuance: ____________

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date *(mm/dd/yyyy)* |
|---|---|
| | |

**Preparer and/or Translator Certification (check one):** [illegible]

attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my nowledge the information is true and correct.

| ignature of Preparer or Translator | Today's Date *(mm/dd/yyyy)* |
|---|---|
| [signature] | 10-7-2024 |

| ast Name *(Family Name)* | First Name *(Given Name)* |
|---|---|
| O'BRIEN | DEBRA O'BRIEN. |

| ddress *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|
| 4747 S. PULASKI RD. | CHGO | IL | 60632 |

**Employer Completes Next Page**

# AUTHORIZATION

I have read and understand the foregoing Disclosure, and authorize the Company to obtain and rely upon consumer reports or investigative consumer reports in considering me for employment and, if I am employed, in considering me for subsequent promotion, assignment, reassignment, retention, or discipline. By my signature below, I authorize the Company to obtain any such reports and to share the information received with any person involved in the employment decision about me.

I do DF do not_________ authorize you to contact *my current* employer for Employment and Reference Verifications

(This will authorize immediate inquiries to the Human Resources Department and to any listed supervisors or references in the Employment/Reference Section of your application.)

I also agree that this Disclosure and Authorization in original, faxed, photocopied, or electronic (including electronically signed) form will be valid for any consumer reports or investigative consumer reports that may be requested about me by or on behalf of the Company.

[signature]

Applicant Signature

10/7/24

Date

Midway Dodge
4747 S. Pulaski Road • Chicago, IL 60632

DODGE
GRAB LIFE BY THE HORNS

## DISCLOSURE OF INTENT TO OBTAIN A CONSUMER REPORT

In compliance with the Fair Credit Reporting Act, we hereby notify you that for employment purposes we may request a consumer report in connection with your application for employment. This report from a consumer reporting agency may include information bearing on your character, general reputation, personal characteristics or mode of living. It is our normal practice to limit the consumer report to driving records available from the appropriate state department of motor vehicles.

This disclosure is also to inform you that our insurance company Universal Underwriters may also request a consumer report on you, which under normal practice will consist of your driving record from the appropriate state department of motor vehicles. The purpose of Universal Underwriters' requesting a report will be for business insurance underwriting purposes. Universal Underwriters is not your employer or perspective employer and will not make an employment decision relating to you.

## CERTIFICATE OF RECEIPT OF DISCLOSURE AND AUTHORIZATION TO OBTAIN A CONSUMER REPORT

I acknowledge that I have received a copy of the "Disclosure of Intent to Obtain a Credit Report". The name and address of the consumer reporting agency gathering the consumer report is:

Insurance Information Exchange
3001 E Bypass
College Station, Texas 77845-6002
1-800-683-8553

I understand that I have the right to dispute with the consumer reporting agency any inaccurate information by directly contacting the agency. I voluntarily authorize you to obtain a consumer report regarding me in connection with my application for employment. I also voluntarily authorize Universal Underwriters to obtain a consumer report regarding me for business insurance underwriting purposes. I understand that Universal Underwriters is not my employer or prospect employer. I understand and agree that I can revoke this authorization only in writing and the revocation will be effective only upon receipt.

[signature] | 10/7/24
Signature | Date

David Franks | F652-1638-6316
Print Name | Drivers' License Number/State

______ | 11-6-1986
Print Maiden name or other names may be listed | Date of Birth

Midway Dodge
4747 S. Pulaski Road • Chicago, IL 60632

DODGE
GRAB LIFE BY THE HORNS

## MIDWAY DODGE INC
## WAGE DEDUCTION FORM

TO WHOM IT MAY CONCERN:

I HEREBY AUTHORIZE MIDWAY DODGE INC TO DEDUCT FROM MY WAGES ANY EXPENSES I MAY INCUR FROM MY PAYROLL CHECK (SERVICE REPAIRS, PARTS, DAMAGE TO COMPANY VEHICLES, TICKETS).

[signature]
EMPLOYEE SIGNATURE

[signature]
MIDWAY DODGE - AGENT

David Franko
PRINT NAME

Kilco Betancourt
PRINT NAME

10/7/24
DATE

Midway Dodge
4747 S. Pulaski Road • Chicago, IL 60632
DODGE
GRAB LIFE BY THE HORNS

## Sales Department

All salespeople must check in and out with the receptionist when arriving for work, when leaving for, and returning from lunch, and at the end of the day.

Dealer Plates

All demos are required to have 2 license plates and a city tag on them at all times. Any tickets received for not having 2 license plates and a city tag, will be deducted from the responsible employee's pay check.

A set of dealer plates is required for all test drives. There must be 2 plates and a city tag on all vehicles taken for a test drive. In the event that a vehicle is ticketed for not having 2 license plates and/or a city tag, the salesperson responsible for that test drive will have the ticket(s) deducted from his/her pay check.

When a loaner vehicle is given out, there must be 2 license plates and a city tag on the vehicle before the customer leaves the dealership. Any tickets received for not having 2 license plates and a city tag, will be deducted from the responsible salesperson's pay check.

All test drives will be on the specified route approved by the sales manager, and the salesperson must accompany the prospect. A copy of a valid driver's license must with left with the sales manager prior to leaving the dealership for the test drive. All prospects must be introduced to a sales manager before leaving the premises. In a de-horsing situation, insurance coverage must be verified, or a binder issued.

www.midwaydodge.com • midwaydodge@aol.com
Ph: 773-376-8060 • Fx: 773-376-9177


ILLINOIS
Jesse White • Secretary of State
USA
DRIVER'S LICENSE
Federal Limits Apply
4d LIC NO: F652-1638-6316
3 DOB: 11/06/1986
4a ISS: 10/14/2022
4b EXP: 11/06/2026
1 FRANKS
2 DAVID C
8 36 W 65TH ST
APT 1
WESTMONT, IL 60559
9 CLASS: D
9a END: NONE
12 REST: NONE
15 SEX: M
16 HGT: 5'-09"
17 WGT: 142 lbs
18 EYES: BRN
TYPE: ORG
5 DD 10142022501D10353


SOCIAL SECURITY
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
THIS NUMBER HAS BEEN ESTABLISHED FOR
DAVID C
FRANKS
SIGNATURE
02/20/2015

## "EMPLOYMENT AT WILL"

The statements in this new employee packet are for informational purposes only, and are not conditions of employment. Midway Dodge employees are employees "at will", which means that both Midway Dodge and its employees are free to terminate the employment relationship at any time and at the sole discretion of either Midway Dodge or the employee. I further understand my status, as an "at will" employee may not be changed except in writing by the President of Midway Dodge Inc.

## ACKNOWLEDGE OF RECEIPT OF EMPLOYEE HANDBOOK

No statement on this information packet nor any act or omission by any supervisor or other Midway Dodge employee shall be construed to alter this relationship. The statements in this information packet are not intended to create, nor should they be construed to create any contract or agreement to provide any benefit. The policies and benefits set forth in this information packet may be reviewed and changed at any time at the sole discretion of Midway Dodge.

This acknowledges I have received my copy of the ***Midway Dodge Employee Handbook*** and that I will familiarize myself with its contents

PRINT FULL NAME David Franks

SIGNED [signature] DATE 10/7/24

I have read and understood the contents of the information packet and agree to comply with its regulations.

PRINT FULL NAME DAVID FRANKS

SIGNED [signature] DATE 10/7/24

I authorize the company to deduct from my paychecks any amounts that I owe Midway Dodge. I further understand that in the event of my termination of employment all balances will be deducted in full from my final paychecks.

SIGNED [signature] DATE 10/7/24

***THIS DOCUMENT WILL BE PLACED IN EMPLOYEE PERSONNEL FILE***

☒ PERMANENT ☐ TEMPORARY

# EMPLOYEE SEPARATION/EXIT RECORD

| NAME | SOCIAL SECURITY NO. | DATE |
|---|---|---|
| DAVID FRANKS | XXX-XX-9230 | 10.24.24 |

| JOB TITLE AT SEPARATION | PLANT | DEPARTMENT | CLOCK NO. |
|---|---|---|---|
| SALES REP | | SALES | |

| HOME ADDRESS (STREET, CITY, STATE, ZIP) | TELEPHONE |
|---|---|
| 36 W. 65th ST. WARRENVILLE IL 60555 | |

| DATE HIRED | DATE OF SEPARATION | DATE LAST WORKED | TIME EMPLOYED | SALARY AT SEPARATION |
|---|---|---|---|---|
| 10-7-24 | 10-14-24 | 10.14.24 | YRS. MOS. 7 DAYS | $ 16.20 PER HOUR. |

## REASON FOR SEPARATION

| ☐ VOLUNTARY | ☒ DISCHARGED (see below)* | ☐ LEAVE OF ABSENCE | ☐ OTHER |
|---|---|---|---|
| ☐ New Job | ☒ Work Unsatisfactory | ☐ Medical Leave | ☐ Lay-off |
| ☐ Health (or injury) | ☐ Excessive Absences | ☐ Maternity Leave | ☐ Retired |
| ☐ Relocated | ☐ Work Rules Infraction | ☐ Military Duty | ☐ Deceased |
| ☐ Pregnancy | ☐ Safety Rules Infraction | ☐ ______ | ☐ ______ |
| ☐ ______ | ☐ ______ | | |

*Were warnings issued? ☒ Yes ☐ No. ☒ Oral ☐ Written. Dates of Warnings: UNKNOWN.

*If separation is voluntary, please complete employee's statement on back of this form.*

**EXPLANATION OF SEPARATION:** *(Please be explicit. Detail is required to determine employee's eligibility for unemployment compensation).*

DISAGREEMENTS WITH CO WORKERS + MANAGER

GENERAL INSUBORDINATION

[signature]

*Signature (Department Head, Foreman, Supervisor)* *Approved By*

## EXIT CHECK LIST

*(Check each of following items discussed with departing employee. Have employee place initials after each item discussed.)*

| | Initials | | Initials |
|---|---|---|---|
| ☒ Severence pay | N/A | ☐ COBRA entitlement | |
| ☒ Vacation and/or sick pay due | | ☐ Life insurance conversion | |
| ☒ Expenses due/Advances outstanding | | ☐ Retirement/Savings payout options | |
| ☐ Recover ID Card, access cards, keys, badges | | ☐ Recover Company credit cards | |
| ☐ ______ | | ☐ ______ | |
| ☐ ______ | | ☐ ______ | |

N/A

## CONFIDENTIAL EVALUATION OF EMPLOYEE

*(Please be objective and as accurate to the best of your knowledge. Employment references will be based on this information. Substantiation may be required by the company should litigation be involved regarding unemployment compensation or discrimination claims).*

| | Excellent | Good | Fair | Poor | | Excellent | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|---|---|
| **Attendance** | ☐ | ☐ | ☐ | ☐ | **Quality of Work** | ☐ | ☐ | ☐ | ☒ |
| **Cooperation** | ☐ | ☐ | ☐ | ☒ | **Productivity** | ☐ | ☐ | ☐ | ☒ |
| **Attitude** | ☐ | ☐ | ☐ | ☒ | **Work Habits** | ☐ | ☐ | ☐ | ☒ |
| **Initiative** | ☐ | ☐ | ☐ | ☐ | **Relationships** | ☐ | ☐ | ☐ | ☒ |

Would you re-hire? ☐ Yes ☒ No. *(If no, please explain)*

*Evaluation summarized by* [signature] *Approved by* [signature]

| NAME | DAVID C FRANKS | DATE | 10/25/2024 | CHECK | 70018 |
|---|---|---|---|---|---|

| | |
|---|---|
| EMPLOYEE | 1928 |
| SOCIAL SECURITY | ***-**-9230 |
| CLASS | HOURLY |
| DEPARTMENT | SA |
| SICK LEAVE | |
| VACATION | |
| HOLIDAY | |
| PERIOD ENDING | 10/19/2024 |

Pay Period Start 10/14/2024 End 10/19/2024

HAVE A WONDERFUL WEEKEND!

| | GROSS | FEDERAL | FICA | MEDICARE | STATE | OTHER TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 424.73 | 14.37 | 26.33 | 6.16 | 21.02 | | | 356.85 |
| YEAR TO DATE | 1072.73 | 53.95 | 66.51 | 15.55 | 53.10 | | | 883.62 |

| DETAIL | HOURS | RATE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| ***COMPENSATION*** | | | | |
| BASE | 8.00 | 16.20 | 129.60 | 777.60 |
| COMM NEW/USE | | | 295.13 | 295.13 |

© 2015 DEALERTRACK TECHNOLOGIES - Dealership Application Group
19601 B_PY2012BW

MIDWAY DODGE INCORPORATED II
4747 S Pulaski Rd
Chicago, IL. 60632

DODGE

**Midway Dodge, Inc. II**
4747 S. Pulaski Road
Chicago, IL 60632
Phone: (773) 376-8060

DODGE

REPUBLIC BANK OF CHICAGO PY
6501 S PULASKI RD
CHICAGO, IL. 00100-0008
2-118/710

| DATE | CHECK |
|---|---|
| 10/25/2024 | 70018 |

AMOUNT
$ 356.85

Pay Three Hundred Fifty-Six Dollars and Eighty-Five Cents

TO THE ORDER OF
DAVID C FRANKS
36 W 65TH ST #2
WARRENVILLE, IL. 60555

**NON-NEGOTIABLE**

⑈0000700 18⑈ ⑆071001180⑆ 170000337⑈

| NAME | DAVID C FRANKS | DATE | 10/18/2024 | CHECK | 69966 |
|---|---|---|---|---|---|

| | |
|---|---|
| EMPLOYEE | 1928 |
| SOCIAL SECURITY | ***-**-9230 |
| CLASS | HOURLY |
| DEPARTMENT | SA |
| SICK LEAVE | |
| VACATION | |
| HOLIDAY | |
| PERIOD ENDING | 10/12/2024 |

Pay Period Start 10/07/2024 End 10/12/2024

"Happy National Chocolate Cupcake Day!"

| | GROSS | FEDERAL | FICA | MEDICARE | STATE | OTHER TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 648.00 | 39.58 | 40.18 | 9.39 | 32.08 | | | 526.77 |
| YEAR TO DATE | 648.00 | 39.58 | 40.18 | 9.39 | 32.08 | | | 526.77 |

| DETAIL | HOURS | RATE | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| ***COMPENSATION*** | | | | |
| BASE | 40.00 | 16.20 | 648.00 | 648.00 |

© 2016 DEALERTRACK TECHNOLOGIES - Dealership Application Group
19601 B_PY2012BW

MIDWAY DODGE INCORPORATED II
4747 S Pulaski Rd
Chicago, IL. 60632

DODGE

Midway Dodge, Inc. II
4747 S. Pulaski Road
Chicago, IL 60632
Phone: (773) 376-8060

DODGE

REPUBLIC BANK OF CHICAGO PY
6501 S PULASKI RD
CHICAGO, IL. 00100-0008
2-118/710

| DATE | CHECK |
|---|---|
| 10/18/2024 | 69966 |

| AMOUNT |
|---|
| $ 526.77 |

Pay Five Hundred Twenty-Six Dollars and Seventy-Seven Cents

TO THE ORDER OF

DAVID C FRANKS
36 W 65TH ST #2
WARRENVILLE, IL. 60555

NON-NEGOTIABLE

⑈000069966⑈ ⑆071001180⑆170000337⑈

...nt of Employment Security
... 62794
...) 244-5631, Ext. 30601 · TTY: (800) 244-5631
...) 557-4913
...es.illinois.gov

1:26-cv-08575
Judge Joan H. Lefkow
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 2

2429553

DAVID C. FRANKS
36 W 65TH ST APT 2
WESTMONT, IL 60559-3164

3 / 2700

Date Mailed: 11/12/2024
Claimant ID: 3886640

## Determination

**(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631, Ext. 30601.)**

The following determination has been made in connection with the claim for unemployment insurance benefits.

Based on all the determinations regarding your claim, you are eligible for benefits as long as you meet the eligibility requirements.

Please read each determination carefully as it may include benefit reductions.

Issue 034 602A - Misconduct
Allow Effective 10/20/2024 - 12/31/9999
Was the claimant discharged for misconduct connected with the work? The evidence shows the claimant was discharged from MIDWAY DODGE INC II because he was in a verbal altercation with a coworker. The coworker had made derogatory comments to him. Since the claimant's action, which resulted in his discharge was not deliberate or willful, the claimant is not ineligible for benefits from 10/20/2024 in regard to this issue.

**FOR INFORMATION REGARDING YOUR RIGHTS UNDER ILLINOIS' UNEMPLOYMENT INSURANCE ACT AND THE EXACT LANGUAGE OF THE ACT AND IDES RULES, PLEASE VISIT THE AGENCY'S WEBSITE AT www.ides.illinois.gov/UIRights.**
**FOR INFORMATION ON HOW TO OBTAIN FREE LEGAL SERVICES SEE IMPORTANT NOTICE BELOW.**

If you require further details concerning the information in this letter, please contact the Agency at the phone number listed above.

Please see appeal rights listed below and additional information regarding this determination.
If you require further details concerning the information in this letter, please contact the Agency at Claimant Services Center at (800) 244-5631, Ext. 30601.

Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631, Ext. 30601.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
# CHARGE OF DISCRIMINATION (Form 5A)
# INSTRUCTION SHEET

1:26-cv-08575
Judge Joan H. Lefkow
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 2

| This Instruction Sheet explains how to complete your charge of discrimination | |
|---|---|
| **What is the EEOC Charge of Discrimination (Form 5A)?** | The EEOC Charge of Discrimination (Form 5A) is a signed document that includes the basis for your claim of employment discrimination, the circumstances of your claim, the name and address of the employer or organization you believe discriminated against you, and a request that the EEOC take action on your claim of employment discrimination. |
| **Why is the EEOC Charge of Discrimination (Form 5A) attached to the EEOC Pre-Charge Inquiry?** | You must file a charge of job discrimination within 180 days from the day you knew the discrimination occurred, or within 300 days if the employer is located where a State or local government agency enforces employment discrimination laws on the same basis as the laws enforced by the EEOC. The time limits for state laws may differ from federal laws. You can find information about the time limits in your state by following the link to the EEOC office in your area (http://www.eeoc.gov/field/index.cfm) and then viewing the office's information on the timeliness rules for your state or locality and type of claim. If you do not file a charge of discrimination within the time limits, you will lose your rights. For more information about the time limits, go to http://www.eeoc.gov/employees/timeliness.cfm. |
| **What do I need to know about completing the Charge of Discrimination (Form 5A)?** | The EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>Your charge should consist of a clear and brief statement of the facts about the alleged unlawful employment action(s), including the date(s) of each employment action taken against you.<br><br>**FOR EXAMPLE**:<br>• "On July 1, 2017, I was denied an accommodation I needed to perform my job";<br>• "On July 1, 2017, I was fired because I was pregnant";<br>• "On July 1, 2017, I was laid off because of my age."<br><br>If you hand-write your charge, it must be legible. |
| **What happens next?** | When we receive your charge, EEOC staff will evaluate your claims to determine if EEOC will ask for additional information or close the charge. EEOC staff will then attempt to contact you to discuss your claims. We will provide more information about the charge process when we talk to you. If you have not heard from us in 30 days, please call the office on the cover letter. Please keep this Instruction Sheet and the Cover Letter for your records. Please also keep copies of your completed Charge of Discrimination (Form 5A) and your completed EEOC Pre-Charge Inquiry (Form 290A) for your records. |

Issued October 2017

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

For Official Use Only – Charge Number:

EEOC Form 5A (October 2017)

| | |
|---|---|
| **Personal Information** | First Name: David MI: ____ Last Name: Franks<br>Address: 36 W 65th St Apt.: 2<br>City: Westmont County: DuPage State: IL Zip Code: 60559<br>Phone: 708-586-7559 Home ☐ Work ☐ Cell ☒ Email: dcfrankphotography@outlook.com |
| **Who do you think discriminated against you?** | Employer ☒ Union ☐ Employment Agency ☐ Other Organization ☐<br>Organization Name: Midwest Dodge Incorporate II<br>Address: 4747 S. Pulaski Rd. Suite: ____<br>City: Chicago State: IL Zip Code: 60632 Phone: 773-376-8060 |
| **Why you think you were discriminated against?** | Race ☒ Color ☒ Religion ☐ Sex ☐ National Origin ☐ Age ☐<br>Disability ☒ Genetic Information ☐ Retaliation ☒ Other ☐ (*specify*) |
| **What happened to you that you think was discriminatory?** | **Date of <u>most recent job action</u> you think was discriminatory:** ____________<br>**Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).**<br>10/10/24 Jia Chen pushed me out the way in front of Kiko Ballentine so he can get in front of me, while I was talking to a manager, after that I asked him not to touch me like that again and show respect management did nothing about him putting his hands on me<br>10/14/24 I was discussing a deal with Jia Chen and it was leading to an argument, I told him a manager closed his deal for him and he told me that he did and I should SHUT TF UP, I told him not to speak to me like that and show some respect, he replied and said I don't got to respect shit and what was I going to do about it. I told him your not gonna talk to me like that and you need to start showing respect because I've only been here for a week and I did favors for you, after this Kiko told Alfredo who is a manager to let me go, when I asked the reason Kiko said that it just wasn't working out and I wasn't a good fit for this store. Beforehand the customer was pre approved through chase, with my experience I had to fill out the credit application to verify if the information on the application was correct, that customer got upset and said that she already sent that information and didn't want to work with me, this sale was taken from me and given to Jia Chen, I wound up being correct about the customers credit and she had to fill out the new application and I was not defended by the manager they gave the sale to Jia Chen after I explained to management that this application needed to be filled out just in case we would have to run credit again, Jia Chen in front of managers made comments like I sucked in sales and maybe he should train me, before making the previous comments I stated. 10/09 Jia Chen was making racial comments about my tattoo on my neck saying that's not Chinese that says "stupid", "black", "dumb ass" he also called his mother and when she got on face time she didn't even see the tattoo she laughed and said "ahhhh black" this was done in front of an employee named Zach & Alex Felix, I made complaints about these matters to Kiko Ballentine & Alfredo but no action was taken and Jia Chen's behavior continued during my time of employment at Midway Dodge. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br><br>**Signature:** David Franks **Date:** 08/06/2025 |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5A, Charge of Discrimination, Issued October 2017.

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117**,** 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of rights under the Act.

## Supplemental Information Sheet

Name: David Franks

Date: 08/06/2025

| | |
|---|---|
| **What is your job, previous job, or the job you applied for?** | Date Hired: 10 / 07 / 2024 Job Title at Hire: Sales Rep<br>Annual Pay Rate When Hired: $500 weekly Last or Current Annual Pay Rate: $500 weekly<br>Job Title at Time of Alleged Discrimination: Sales Rep<br>Date Your Employment Ended: 10 / 14 / 2024 Select One: Quit ☐ Discharged/Laid off ☒<br>Name and Title of your Immediate Supervisor: Kiko Ballentine<br>Job Applicants - What was the title of the job you applied for: Sales Rep<br>Date you applied: 10 / 03 / 2024 Date you found out you were not hired: 10 / 14 / 2024 |

**Was another person in the same or similar situation treated the same, better, or worse than you? EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?**

| | |
|---|---|
| **Who was treated BETTER than you?** | 1. Name: Jia Chen Job Title: Sales Rep<br>Email:<br>Check how they are different from you:<br>Race ☒ Color ☒ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☒<br>How were they treated better? Kiko Ballentine Sales Manager allowed Jia Chen to continuously to say racial remarks & let him take my sales, anytime I would bring it to the managers attention, they would act like I am overreacting to the abuse.. Date: 10 / 10 / 2024<br>2. Name: Job Title:<br>Email:<br>Check how they are different from you:<br>Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐<br>How were they treated better?<br>Date: __/__/__ |
| **Who was treated WORSE than you?** | Name: Job Title:<br>Email:<br>Check how they are different from you:<br>Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Disability ☐<br>How were they treated worse?<br>Date: __/__/__ |
| **Who was treated the SAME as you?** | Name: Zachariah Crawford Job Title: Sales Rep<br>Email:<br>Check how they are different from you:<br>Race ☐ Color ☐ Religion ☐ Sex ☒ National Origin ☐ Age ☐ Disability ☐<br>How were they treated the same? Jia Chen would make black jokes & gay jokes about both of us during my time of employment<br>Date: 10 / 09 / 2024 |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

David Franks

708-586-7559

Dcfrankphotography@outlook.com

1:26-cv-08575
Judge Joan H. Lefkow
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 2

**Adjudication Related:**

IDES Claimant: 3886640

10/10/24 Jia Chen pushed me out the way in front of Kiko Ballentine so he can get in front of me while I was talking to a manager, after that I asked him not to touch me like that again and show respect management did nothing about him putting his hands on me

10/14/24 I was discussing a deal with Jia Chen and it was leading to an argument, I told him a manager closed his deal for him and he told me that he did and I should SHUT TF UP, I told him not to speak to me like that and show some respect, he replied and said I don't got to respect shit and what was I going to do about it.

I told him your not gonna talk to me like that and you need to start showing respect because I've only been here for a week and I did favors for you, after this Kiko told Alfredo who is a manager to let me go, when I asked the reason Kiko said that it just wasn't working out and I wasn't a good fit for this store.

Beforehand the customer was pre approved through chase, with my experience I  had to fill out the credit application to verify if the information on the application was correct, that customer got upset and said that she already sent that information and didn't want to work with me, this sale was taken from me and given to Jia Chen, I wound up being correct about the customers credit and she had to fill out the new application and I was not defended by the manager they gave the sale to Jia Chen after I explained to management that this application needed to be filled out just in case we would have to run credit again, Jia Chen in front of managers made comments like I sucked in sales and maybe he should train me, before making the previous comments I stated.

10/09 Jia Chen was making racial comments about my tattoo on my neck saying that's not Chinese that says "stupid", "black", "dumb ass" he also called his mother and when she got on face time she didn't even see the tattoo she laughed and said "ahhhh black" this was done in front of an employee named Zach & Alex Felix,
I made complaints about these matters to Kiko Ballentine & Alfredo but no action was taken and Jia Chen's behavior continued during my time of employment at Midway Dodge.